ROBERT B. HAWK (Bar No. 118054)
robert.hawk@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

CHAD R. FULLER (Bar No. 190830)
chad.fuller@hellerehrman.com
CHRISTOPHER J. LONGMAN (Bar No. 234473)
chris.longman@hellerehrman.com
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

Attorneys for Defendant
LONG BEACH ACCEPTANCE CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| TAVANT TECHNOLOGIES, INC.<br><br>          Plaintiff,<br>v.<br>LONG BEACH ACCEPTANCE CORP.<br>          Defendant. | Case No.:<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Kristine May, declare as follows:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within action. My business address is Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, CA 94025-3506.

On July 25, 2008, I served the following document:

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA – STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL (REV. JUNE 2008)**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**OFFICE OF THE CLERK UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA – WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION**

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA – CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

on the parties to this action by placing true and correct copies in a sealed envelope(s) addressed as follows:

Michael J. Ioannou
Kimberly F. Whitfield
Ropers, Majeski, John & Bentley
50 W. San Fernando Street, #11400
San Jose, CA 95113

[ ]  BY MAIL: I am readily familiar with the business practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the

---
1
PROOF OF SERVICE

United States mail at San Diego, California. I caused the document(s) to be sent by mail via United States Postal Service.

[XX]   BY FEDEX. I caused the document(s) identified above to be delivered to the above party(ies) via next business day delivery by FEDEX overnight delivery service.

[  ]   BY HAND DELIVERY: I caused the document(s) named above to be delivered by hand to the party(s) identified above by personal delivery at the address indicated above by messenger Careful Courier by the close of business on the date indicated.

[  ]   BY FACSIMILE: I caused the document(s) to be sent via facsimile to the party(ies) identified above. The facsimile machine I used complied with California Rules of Court, Rule 2003(3), the transmission was reported as complete, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission.

[  ]   (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the persons listed under parties served at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on July 25, 2008, at Menlo Park, California.

_____
Kristine May

PROOF OF SERVICE

2