1  ROBERT HAWK (Bar No. 118054)
   robert.hawk@hellerehrman.com
2  HELLER EHRMAN LLP
   275 Middlefield Road
3  Menlo Park, California 94025
   Telephone: (650) 324-7000
4  Facsimile:  (650) 324-0638

5
   CHAD R. FULLER (Bar No. 190830)
6  chad.fuller@hellerehrman.com
   CHRISTOPHER J. LONGMAN (Bar No. 234473)
7  chris.longman@hellerehrman.com
   HELLER EHRMAN LLP
8  4350 La Jolla Village Drive, 7th Floor
   San Diego, CA  92122
9  Telephone: (858) 450-8400
10 Facsimile: (858) 450-8499

11
   Attorneys for Defendant
12 LONG BEACH ACCEPTANCE CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAVANT TECHNOLOGIES, INC.<br><br>               Plaintiff,<br><br>  v.<br><br>LONG BEACH ACCEPTANCE CORP.<br>              Defendant. | Case No.:  C08 03582 PVT<br><br>**LONG BEACH ACCEPTANCE CORP'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1 AND LOCAL RULE 3-16**<br><br>**(Jury Trial Demanded)** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Entity | Relationship/Interest |
| --- | --- |
| AmeriCredit Financial Services, Inc. | Owns 100% of Long Beach Acceptance Corp. stock. |
| AmeriCredit Corp. | Owns 100% of AmeriCredit Financial Services, Inc. stock. |

A supplemental disclosure statement will be filed upon any change in the information provided herein.

August 1, 2008                    Respectfully submitted,
                                  HELLER EHRMAN LLP


                                  By  */s/ Robert Hawk*
                                      ROBERT HAWK
                                      CHAD FULLER
                                      CHRISTOPHER J. LONGMAN

                                      Attorneys for Defendant
                                      LONG BEACH ACCEPTANCE CORP.

---

LONG BEACH ACCEPTANCE CORP.'S DISCLOSURE                    CASE NO.:  C08 03582 PVT
STATEMENT PURSUANT TO FED. R. CIV. P. 7-1 AND L.R. 3-16

1  ROBERT B. HAWK (Bar No. 118054)
   robert.hawk@hellerehrman.com
2  HELLER EHRMAN LLP
   275 Middlefield Road
3  Menlo Park, California 94025
   Telephone: (650) 324-7000
4  Facsimile:  (650) 324-0638

5
   CHAD R. FULLER (Bar No. 190830)
6  chad.fuller@hellerehrman.com
   CHRISTOPHER J. LONGMAN (Bar No. 234473)
7  chris.longman@hellerehrman.com
   HELLER EHRMAN LLP
8  4350 La Jolla Village Drive, 7th Floor
   San Diego, CA  92122
9  Telephone: (858) 450-8400
10 Facsimile: (858) 450-8499

11
   Attorneys for Defendant
12 LONG BEACH ACCEPTANCE CORP.

13

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16
                          (SAN JOSE DIVISION)
17

18

19 TAVANT TECHNOLOGIES, INC.                | Case No.: C08 03582 PVT
                              Plaintiff,
20                                          | **PROOF OF SERVICE**
        v.
21 LONG BEACH ACCEPTANCE CORP.
22                            Defendant.

23

24

25

26

27

28

**PROOF OF SERVICE**

I, Trish Lawton, declare as follows:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Heller Ehrman LLP, 4350 La Jolla Village Drive, 7th Floor, San Diego, CA 92122-1246.

On August 1, 2008, I served the following document:

**LONG BEACH ACCEPTANCE CORP'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3-16**

on the parties to this action by placing true and correct copies in a sealed envelope(s) addressed as follows:

Michael J. Ioannou
Kimberly F. Whitfield
Ropers, Majeski, John & Bentley
50 W. San Fernando Street, #11400
San Jose, CA 95113

[ ]   BY MAIL: I am readily familiar with the business practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Diego, California. I caused the document(s) to be sent by mail via United States Postal Service.

[XX]  BY FEDEX. I caused the document(s) identified above to be delivered to the above party(ies) via next business day delivery by FEDEX overnight delivery service.

[ ]   BY HAND DELIVERY: I caused the document(s) named above to be delivered by hand to the party(s) identified above by personal delivery at the address indicated above by messenger Careful Courier by the close of business on the date indicated.

[ ]   BY FACSIMILE: I caused the document(s) to be sent via facsimile to the party(ies) identified above. The facsimile machine I used complied with California Rules of Court, Rule 2003(3), the transmission was reported as complete, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission.

1  [ ]   (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the persons listed under parties served at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on August 1, 2008, at San Diego, California.

/s/  Trish Lawton
Trish Lawton

2
PROOF OF SERVICE