MICHAEL J. IOANNOU (SBN 95208)
 mioannou@rmkb.com
ELISE R. VASQUEZ (SBN 201190)
 evasquez@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113-2429
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Plaintiff
TAVANT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAVANT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LONG BEACH ACCEPTANCE CORPORATION, et al., <br><br> Defendants. | CASE NO. C08 3582 PVT <br><br> **STIPULATION THAT TAVANT TECHNOLOGIES, INC. HAVE AN EXTENSION TO RESPOND TO THE COUNTER-CLAIMS OF LONG BEACH ACCEPTANCE CORPORATION; [XXXXXXXXXX)] ORDER** <br><br> Date: N/A <br> Time: N/A <br> Judge: Mag. Judge Patricia V. Trumbull |

Plaintiff/Counter-defendant Tavant Technologies, Inc. ("Tavant") and Defendant/Counter-claimant Long Beach Acceptance Corporation ("LBAC"), through their respective counsel, hereby stipulate and request the Court to issue an order that Tavant may have a 60-day extension, to and including December 29, 2008, to respond to the counterclaims of LBAC.

Good cause exists for the requested extension as the parties would like to participate in an early settlement conference with a Magistrate Judge of this court as soon as possible to try to settle this matter. The parties are submitting a separate stipulation and proposed order to the Court for referral to a Magistrate Judge for a settlement conference once the parties are able to determine either Magistrate Judge Richard Seeborg's or Magistrate Judge Howard Lloyd's

RC1/5204185.1/NB

Stip. Re Extension to Respond to Counterclaims;
[Proposed] Order
C08 3582 PVT

1  availability in December, 2008.

2  It is so stipulated.

3  Dated: October 23, 2008  ROPERS, MAJESKI, KOHN & BENTLEY

5  By: /s/
6  ELISE R. VASQUEZ
   Attorneys for Plaintiff
7  TAVANT TECHNOLOGIES, INC.

8  Dated: October 23, 2008  FOLEY & LARDNER LLP

10 By: /s/
11 CHAD R. FULLER
   Attorneys for Defendant
12 LONG BEACH ACCEPTANCE
   CORPORATION

14  I, Elise R. Vasquez, am the ECF user whose identification and password are being used to

15 file this stipulation. In compliance with General Order 45.X.B, I hereby attest that the other

16 signatory has concurred in this filing.

17 Dated: October 23, 2008  ROPERS, MAJESKI, KOHN & BENTLEY

19 By: /s/
20 ELISE R. VASQUEZ
   Attorneys for Plaintiff
21 TAVANT TECHNOLOGIES, INC.

RC1/5204185.1/NB  - 2 -  Stip. Re Extension to Respond to Counterclaims; [Proposed] Order
C08 3582

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED:

1. That Tavant Technologies, Inc. may have to and including December 29, 2008, to file its response to the counterclaims of Long Beach Acceptance Corporation.

Dated: November 3, 2008

_____
PATRICIA V. TRUMBULL
United States Chief Magistrate Judge

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

RC1/5204185.1/NB

- 3 -

Stip. Re Extension to Respond to Counterclaims;
[Proposed] Order
C08 3582