| | |
|---|---|
| 1 | MICHAEL J. IOANNOU (SBN 95208)<br>mioannou@rmkb.com |
| 2 | ELISE R. VASQUEZ (SBN 201190)<br>evasquez@rmkb.com |
| 3 | ROPERS, MAJESKI, KOHN & BENTLEY<br>50 West San Fernando Street, Suite 1400 |
| 4 | San Jose, CA 95113-2429<br>Telephone: (408) 287-6262 |
| 5 | Facsimile: (408) 918-4501 |
| 6 | Attorneys for Plaintiff<br>TAVANT TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAVANT TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LONG BEACH ACCEPTANCE CORPORATION, et al.,<br><br>Defendants. | CASE NO. C08 3582 PVT<br><br>**STIPULATED REQUEST FOR ORDER REFERRING THIS MATTER TO MAGISTRATE JUDGE HOWARD R. LLOYD FOR AN EARLY SETTLEMENT CONFERENCE; [**XXXXXXXXX **D] ORDER**<br><br>Date: N/A<br>Time: N/A<br>Judge: Mag. Judge Patricia V. Trumbull |

Plaintiff Tavant Technologies, Inc. ("Tavant") and Defendant Long Beach Acceptance Corporation ("LBAC"), through their respective counsel, hereby stipulate and respectfully request the Court for an order referring this matter to Magistrate Judge Howard R. Lloyd for purposes of conducting an early settlement conference.

It is so stipulated.

////

////

////

////

RC1/5215915.1/NB

Stip. for Referral to Mag. Judge Howard Lloyd for an
Early Settlement Conference; [Proposed] Order
C08 3582 PVT

| | |
|---|---|
| Dated: November 14, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ <br> ELISE R. VASQUEZ <br> Attorneys for Plaintiff <br> TAVANT TECHNOLOGIES, INC. |
| Dated: November 14, 2008 | FOLEY & LARDNER LLP |
| | By: /s/ <br> CHAD R. FULLER <br> Attorneys for Defendant <br> LONG BEACH ACCEPTANCE CORPORATION |

I, Michael J. Ioannou, am the ECF user whose identification and password are being used to file this stipulation. In compliance with General Order 45.X.B, I hereby attest that the other signatory has concurred in this filing.

| | |
|---|---|
| Dated: November 14, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ <br> ELISE R. VASQUEZ <br> Attorneys for Plaintiff <br> TAVANT TECHNOLOGIES, INC. |

////
////
////
////
////
////
////

RC1/5215915.1/NB

- 2 -

Stip. for Referral to Mag. Judge Howard Lloyd for an Early Settlement Conference; [Proposed] Order
C08 3582 PVT

**ORDER**

Pursuant to the above stipulation between the parties,

IT IS HEREBY ORDERED that this matter is referred to Magistrate Judge Howard R. Lloyd for purposes of conducting an early settlement conference.

Dated: November 21, 2008

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Chief Magistrate Judge