MICHAEL J. IOANNOU (SBN 95208)
  mioannou@rmkb.com
ELISE R. VASQUEZ (SBN 201190)
  evasquez@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA  95113-2429
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501

Attorneys for Plaintiff
TAVANT TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TAVANT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LONG BEACH ACCEPTANCE CORPORATION, et al., <br><br> Defendants. <br><br>———————————————— <br><br> AND RELATED COUNTERCLAIMS. | CASE NO.  C08 3582 PVT <br><br> **STIPULATED REQUEST FOR AN ORDER:** <br><br> **(1)  TO CONTINUE THE CASE MANAGEMENT CONFERENCE** <br><br> **(2)  TO CONTINUE THE DATE OF EXCHANGE OF INITIAL DISCLOSURES** <br><br> **(3)  TO EXTEND THE DATE FOR TAVANT TECHNOLOGIES, INC. TO RESPOND TO THE COUNTERCLAIMS** <br><br> **[|ˣˣˣˣˣˣˣˣˣ )] ORDER** <br><br> Chief Magistrate Judge Patricia V. Trumbull |

Plaintiff/Counter-defendant Tavant Technologies, Inc. ("Tavant") and Defendant/Counter-claimant Long Beach Acceptance Corporation ("LBAC"), through their respective counsel, hereby stipulate and respectfully request the Court for an order as follows:

1.      That the Case Management Conference hearing be continued from January 20, 2009, to a date at the convenience of the Court;

2.      That the date to comply with Federal Rules of Civil Procedure, rule 26(a)(1), and Civil L.R. 16-9, regarding exchange of initial disclosures, etc., be continued to a date in

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1  accordance with the rescheduled Case Management Conference; and

2        3.      That Tavant have an extension of 32 days, to and including January 30, 2009, to

3  file its response to the counterclaims of LBAC.

4        Good cause exists for the requested extensions as the parties are participating in an early

5  settlement conference with Magistrate Judge Howard Lloyd on January 21, 2009, the earliest date

6  the parties, counsel and Judge Lloyd were all available.  For that reason, the parties respectfully

7  request that the Case Management Conference, the date for the parties to comply with Federal

8  Rules of Civil Procedure, rule 26(a)(1), and Civil L.R. 16-9, and the due date for Tavant  to file

9  its response to the counterclaims of LBAC be continued as requested above.

10        It is so stipulated.

11  Dated: December 17, 2008           ROPERS, MAJESKI, KOHN & BENTLEY

12

13                                By: /s/

14                                  ELISE R. VASQUEZ
                                Attorneys for Plaintiff

15                                  TAVANT TECHNOLOGIES, INC.

16  Dated: December 17, 2008           FOLEY & LARDNER LLP

17

18                                By:  /s/

19                                  CHAD R. FULLER
                                Attorneys for Defendant

20                                  LONG BEACH ACCEPTANCE
                                CORPORATION

21

22        I, Elise R. Vasquez, am the ECF user whose identification and password are being used to

23  file this stipulation.  In compliance with General Order 45.X.B, I hereby attest that the other

24  signatory has concurred in this filing.

25  ////

26  ////

27  ////

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1   Dated: December 17, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

2

3                                               By: /s/
                                                    ELISE R. VASQUEZ
4                                                   Attorneys for Plaintiff
                                                    TAVANT TECHNOLOGIES, INC.
5

6

7                            **ORDER**

        Good cause appearing,
8

9       IT IS HEREBY ORDERED:

10      1.      That the Case Management Conference is rescheduled from January 20, 2009, to

        February 30
11      _____, 2009, at 2:00 p.m.;

12      2.      The parties' must comply with Federal Rules of Civil Procedure, rule 26(a)(1), and

                                      February 3
13  Civil L.R. 16-9 by _____, 2009; and

14      3.      That Tavant Technologies, Inc. file its response to the counterclaims of Long

15  Beach Acceptance Corporation no later than January 30, 2009.

16      Dated:    December 29, 2008
                _____

17

18      _Patricia V. Trumbull_
        _____
19      PATRICIA V. TRUMBULL
        United States Chief Magistrate Judge
20

21

22

23

24

25

26

27

28

RC1/5229421.1/NB                      - 3 -                 Stip. To Extend Dates; [Proposed] Order
                                                            C08 3582 PVT