```
CHAD R. FULLER (BAR NO. 190380)
SAMUEL R. HELLFELD (BAR NO. 234421)
cfuller@foley.com
shellfeld@foley.com
FOLEY & LARDNER LLP
11250 EL CAMINO REAL, SUITE 200
SAN DIEGO, CA 92130
TELEPHONE:    858.847.6782
FACSIMILE:    858.792.6773
```

*E-FILED - 3/6/09*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TAVANT TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>LONG BEACH ACCEPTANCE CORP.<br><br>Defendant. | Case No: C 08 03582 RMW<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING DATE FOR THE CASE MANAGEMENT CONFERENCE; [xxxxxxxxxxxx] ORDER** |
| AND RELATED COUNTERCLAIMS. | |

Defendant Long Beach Acceptance Corporation ("LBAC") and Plaintiff Tavant Technologies, Inc. ("Tavant"), through their respective counsel, hereby stipulate and respectfully request the Court for an order as follows:

    1.    That the Case Management Conference hearing be continued from March 13, 2009 to a date determined by the Court, but no earlier than April 13, 2009.

    Good cause exists for the requested extensions as the parties are continuing in their settlement discussions. For this reason, the parties respectfully request that the Case Management Conference be continued as requested above.

/////

---

STIP TO CONTINUE CMC                                                         CASE NO: C08 03582 RMW

It is so stipulated.

DATED: MARCH 3, 2009                    FOLEY & LARDNER LLP

                                        By: /s/ Chad R. Fuller
                                            CHAD FULLER
                                            Attorneys for Defendant
                                            LONG BEACH ACCEPTANCE CORP.

DATED: MARCH 3, 2009                    ROPERS, MAJESKI, KOHN & BENTLEY

                                        By: /s/ Elise R. Vasquez
                                            MICHAEL J. IOANNOU
                                            ELISE R. VASQUEZ
                                            Attorneys for Plaintiff
                                            TAVANT TECHNOLOGIES, INC.

1  **ORDER**

2  Good cause appearing.

3  IT IS HEREBY ORDERED:

4  1.  That the Case Management Conference is rescheduled from March 13,
5  2009 at 10:30 a.m. to  4/17  , 2009 at  10:30  .m.

6
7  Dated:  3/6/09
8  *Ronald M. Whyte*
   RONALD M. WHYTE
9  UNITED STATES DISTRICT COURT JUDGE