MICHAEL J. IOANNOU (SBN 95208)
 mioannou@rmkb.com
ELISE R. VASQUEZ (SBN 201190)
 evasquez@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA  95113-2429
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501

Attorneys for Plaintiff
TAVANT TECHNOLOGIES, INC.

*E-FILED - 10/14/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAVANT TECHNOLOGIES, INC., <br><br>　　　　　Plaintiff, <br><br>v. <br><br>LONG BEACH ACCEPTANCE CORPORATION, et al., <br><br>　　　　　Defendants. | CASE NO.  C08 3582 RMW <br><br>**STIPULATED REQUEST FOR AN ORDER MODIFYING THE PRE-TRIAL MANAGEMENT SCHEDULE; [] ORDER** <br><br><br>Judge:  The Honorable Ronald M. Whyte |

Plaintiff Tavant Technologies, Inc. ("Tavant") and Defendant Long Beach Acceptance Corporation ("LBAC"), through their respective counsel, hereby stipulate and respectfully request the Court for an order as follows:

　　　　1.　　On January 21, 2009, the parties participated in an early settlement conference with Magistrate Judge Howard R. Lloyd.  While the parties were unable to settle the matter, significant moves were made toward resolution of this matter;

　　　　2.　　The parties agreed to mediate this matter again with Judge Reed Ambler at JAMS.  The date for this mediation is confirmed for November 18, 2009;

　　　　3.　　The parties submit that there is a significant delay between the early settlement conference and the new mediation date.  This time delay was primarily needed to confirm

RC1/5387493.1/ERV

Stip. To Extend Dates; [ Order
C08 3582 RMW

insurance coverage for Tavant's defense of LBAC's counterclaim.

Good cause exists for the requested modification of the Pre-Trial Management Schedule as the parties are participating in their second settlement conference on November 18, 2009 with Judge Reed Ambler. For that reason, the parties respectfully request the following modification in the Pre-Trial Management Schedule:

|  | Pr-Trial Management Schedule | Requested Modified Schedule |
|---|---|---|
| Fact Discovery Cut-Off | November 20, 2009 | April 2, 2010 |
| Expert Disclosure and Reports | December 4, 2009 | April 16, 2010 |
| Rebuttal Expert Disclosure and Reports | January 10, 2010 | April 30, 2010 |
| Expert Discovery Cut-Off | February 9, 2010 | May 14, 2010 |
| Hearing on Dispositive Motions | March 19, 2010 | July 2, 2010 |
| Joint Pre-Trial Statement | May 28, 2010 | September 3, 2010 |
| Pre-Trial Conference | June 3, 2010 | September 9, 2010 |
| Trial Date | June 21, 2010 | September 20, 2010 |

This is the parties' first stipulation and request to modify the Pre-Trial Management Schedule. The parties, however, previously stipulated regarding an extension for the Initial Case Management Conference in order to conduct the early settlement conference with Judge Howard Lloyd and continue settlement discussions. (See Docket numbers 9 and 28).

It is so stipulated.

Dated: September 25, 2009         ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ Elise R. Vasquez
    MICHAEL J. IOANNOU
    ELISE R. VASQUEZ
    Attorneys for Plaintiff
    TAVANT TECHNOLOGIES, INC.

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

| | | FOLEY & LARDNER LLP |
|---|---|---|
| Dated: September 25, 2009 | | |
| | | By: /s/ Chad R. Fuller |
| | | CHAD R. FULLER |
| | | Attorneys for Defendant |
| | | LONG BEACH ACCEPTANCE |
| | | CORPORATION |

I, Elise R. Vasquez, am the ECF user whose identification and password are being used to file this stipulation. In compliance with General Order 45.X.B, I hereby attest that the other signatory has concurred in this filing.

| | |
|---|---|
| Dated: September 25, 2009 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ Elise R. Vasquez |
| | MICHAEL J. IOANNOU |
| | ELISE R. VASQUEZ |
| | Attorneys for Plaintiff |
| | TAVANT TECHNOLOGIES, INC. |

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED:

1.  That the Pre-Trial Management Schedule is hereby modified as follows:

| | Pre-Trial Management Schedule | Requested Modified Schedule |
|---|---|---|
| Fact Discovery Cut-Off | November 20, 2009 | April 2, 2010 |
| Expert Disclosure and Reports | December 4, 2009 | April 16, 2010 |
| Rebuttal Expert Disclosure and Reports | January 10, 2010 | April 30, 2010 |
| Expert Discovery Cut-Off | February 9, 2010 | May 14, 2010 |
| Hearing on Dispositive Motions | March 19, 2010 | July 2, 2010 |
| Joint Pre-Trial Statement | May 28, 2010 | September 3, 2010 |

| Pre-Trial Conference | June 3, 2010 | September 9, 2010 |
| Trial Date | June 21, 2010 | September 21, 2010 |

Dated: 10/14/09

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Court Judge