MICHAEL J. IOANNOU (SBN 95208)
ELISE R. VASQUEZ (SBN 201190)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113-2429
Telephone: (408) 287-6262
Facsimile: (408) 918-4501
Email: mioannou@rmkb.com
evasquez@rmkb.com

Attorneys for Plaintiff and Cross-Defendant
TAVANT TECHNOLOGIES, INC.

*E-FILED - 1/22/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAVANT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LONG BEACH ACCEPTANCE CORPORATION, et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | CASE NO. C08-03582-RMW <br><br> **STIPULATION AND REQUEST FOR DISMISSAL; [] ORDER** |

It is hereby stipulated and agreed by and between all parties, by and through their respective counsel, that the above-captioned case (including all Claims and Counterclaims) shall be dismissed in its entirety as to all parties, with prejudice. Accordingly, the parties request and entry for an order dismissing the case in its entirety (including all Claims and Counterclaims) as to all parties, with prejudice.

**IT IS SO STIPULATED.**

////

////

////

| | |
|---|---|
| Dated: January 4, 2010 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ Elise R. Vasquez |
| | ELISE R. VASQUEZ |
| | Attorneys for Plaintiff |
| | TAVANT TECHNOLOGIES, INC. |
| | |
| | FOLEY & LARDNER LLP |
| Dated: January 4, 2010 | |
| | By: /s/ Chad R. Fuller |
| | CHAD R. FULLER |
| | Attorneys for Defendant |
| | LONG BEACH ACCEPTANCE CORPORATION |

I, Elise R. Vasquez, am the ECF user whose identification and password are being used to file this stipulation. In compliance with General Order 45.X.B, I hereby attest that the other signatory has concurred in this filing.

| | |
|---|---|
| Dated: January 4, 2010 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ Elise R. Vasquez |
| | ELISE R. VASQUEZ |
| | Attorneys for Plaintiff |
| | TAVANT TECHNOLOGIES, INC. |

**ORDER**

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED**.

Dated: 1/22/10

_____
RONALD M. WHYTE
United States District Court Judge